FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONYA Y. ARNOLD and ANDRE A. ARNOLD, *husband and wife*,<br><br>Plaintiffs,<br><br>-vs-<br><br>C R ENGLAND INC, *a foreign profit corporation*, DEVAUGHNTE L DELOACH and JANE DOE DELOACH, *husband and wife*,<br><br>Defendants. | No.    4:25-CV-05042-JAG<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Pending before the Court is the parties' Stipulated Motion for Dismissal With Prejudice.  ECF No. 22.  Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims by and between Plaintiffs and Defendants in the above-entitled action are hereby **dismissed with prejudice** and without an award of costs or attorneys' fees to any party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED April 28, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1